1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   LEVY GAMILIEL ABOITES                    No. C 13-2818 WHA (PR)
     LOPEZ,
11                                            **JUDGMENT**
                 Petitioner,
12
       v.
13
     CONNIE GIPSON,
14
                 Respondent.
15   _____ /

16
             Pursuant to the order granting the motion to dismiss,  judgment is entered in favor of
17
     respondent and against petitioner.
18
             **IT IS SO ORDERED.**
19

20
     Dated: December __2___, 2013.
21                                            WILLIAM ALSUP
22                                            UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28